# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ROBERT W. GETTLEMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7114 | **DATE** | 12/14/2010 |
| **CASE TITLE** | Steshawn Brisco (#2010-0814204) vs. John Doe, et al. | | |

**DOCKET ENTRY TEXT:**

The clerk is directed to: (1) file the amended complaint [#5]; (2) issue summons for service on defendant Weis by the U.S. Marshal; and (3) send the plaintiff a magistrate judge consent form and filing instructions along with a copy of this order. Weis remains as a defendant solely for the purpose of identifying the two John Doe officers in question. *See* Minute Order of November 8, 2010.

■ [For further details see text below.]   **Docketing to mail notices.**

## STATEMENT

The plaintiff, an inmate in the custody of the Cook County Department of Corrections, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that the defendants, two Chicago police officers, violated the plaintiff's constitutional rights by falsely arresting him, beating him during an interrogation, and denying him needed medical care for his injuries.

By Minute Order of November 8, 2010, the court granted the plaintiff's motion for leave to proceed *in forma pauperis* but directed him to submit an amended complaint curing certain pleading deficiencies. The plaintiff has complied with that order.

The clerk shall issue summonses for service of the amended complaint on defendant Weis. The United States Marshals Service is appointed to serve the defendant. Any service forms necessary for the plaintiff to complete will be sent by the Marshal as appropriate to serve the defendant with process. The U.S. Marshal is directed to make all reasonable efforts to serve the defendant. The Marshal is authorized to mail a request for waiver of service to the defendant in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

**(CONTINUED)**

mjm

**STATEMENT (continued)**

The plaintiff is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. **The plaintiff is once again reminded that he must provide the court with the original plus a complete judge's copy, including any exhibits, of every document filed.** In addition, the plaintiff must send an exact copy of any court filing to the defendant [or to defense counsel, once an attorney has entered an appearance on behalf of the defendant]. Every document filed with the court must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the plaintiff.