# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ROBERT W. GETTLEMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7114 | **DATE** | 8/22/2011 |
| **CASE TITLE** | Steshawn Brisco (#2010-0814204) vs. John Doe, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff is directed to submit an amended complaint naming Officers Jones and Sherrod as defendants and dropping Jody Weis as a defendant. Failure to comply within thirty days will result in summary dismissal of this action. The clerk is directed to mail the plaintiff an amended civil rights complaint form and instructions along with a copy of this order.

**Docketing to mail notices.**

## STATEMENT

The plaintiff, an inmate in the custody of the Cook County Department of Corrections, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that two Chicago police officers violated the plaintiff's constitutional rights by falsely arresting him, beating him during an interrogation, and denying him needed medical care for his injuries.

Because the plaintiff did not know the names of the officers in question, the court granted him leave to substitute former Chicago police superintendent Jody Weis as a defendant in order to assist the plaintiff in identifying the officers. *See* Minute Orders of November 8, 2010, and December 14, 2010. Weis has now filed a "disclosure" (document no. 14) providing the officers' names and badge numbers. Accordingly, the plaintiff is directed to submit an amended complaint naming Officers R.G. Jones (Star No. 9243) and J.R. Sherrod (Star No. 18719) as defendants and dropping Jody Weis as a defendant.

The plaintiff is granted thirty days to submit his amended complaint. As with every document filed with the court, the plaintiff must provide an extra copy for the judge; he must also submit a service copy for each defendant named in the amended complaint. The plaintiff is cautioned that an amended pleading supersedes the original complaint and must stand complete on its own. Therefore, all allegations against all defendants must **(CONTINUED)**

mjm

| **STATEMENT (continued)** |
|---|

be set forth in the amended complaint, without reference to prior pleadings. Any exhibits the plaintiff wants the court to consider in its threshold review of the amended complaint must be attached, and each copy of the amended complaint must include complete copies of any and all exhibits. The clerk will provide the plaintiff with an amended civil rights complaint form and instructions along with a copy of this order. If the plaintiff fails to comply within thirty days, the case will be summarily dismissed, on the understanding that the plaintiff no longer wishes to pursue his claims.